UNITED STATES of America, Plaintiff—Appellee,

v.

Allen Ray JORDAN, Defendant—Appellant.

No. 03–10023.

D.C. No. CR–96–00475–1–FCD.

United States Court of Appeals, Ninth Circuit.

Jan. 27, 2005.

William Sze Wong, Sacramento, CA, for Plaintiff–Appellee.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Allen Ray Jordan, Sacramento, CA, for Defendant–Appellant.

Before CANBY, HAWKINS, and GOULD, Circuit Judges.

## ORDER

In light of the Supreme Court's instruction, we remand this case to the district court for further consideration in light of *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

The mandate shall issue forthwith.